No. 02–6475.  RILEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–6477.  CERRO *v.* CERRO.  Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–6478.  FLORENTINO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–6481.  FOSTER-TORRES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6482.  HURTADO-RAMIREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6485.  NORIEGA-BUSTAMANTE, AKA PADILLA-MORILLO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6486.  MORRIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–6487.  CRUZ PEDRAZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6488.  ALEJO-ELIZALDE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6490.  MUNIZ, AKA AGUILLON *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 02–6491.  PRESAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6492.  BROWN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–6493.  KEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6494.  MACIAS-ZAVALA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6495.  LOPEZ-GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.